# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00084-CV

### D. R., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NO. C2020-0451A, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant D. R. filed her notice of appeal on February 8, 2021. The appellate record was complete on March 1, 2021, making appellant's brief due on March 22, 2021. *See* Tex. R. App. P. 38.6. On March 18, 2021, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Terry Baker to file appellant's brief no later than April 12, 2021. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on March 19, 2021.

Before Chief Justice Byrne, Justices Baker and Smith